1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE ARELLANO, individually and on behalf of others,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　　　　Defendants. | CASE No: 3:21-cv-00216-DMS-BGS<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  Based upon the Parties' Joint Motion for Dismissal, and good cause, this Court
2 hereby orders this matter dismissed with prejudice in respect to the Plaintiff and without
3 prejudice in respect to the putative class. Each party is to bear their own attorneys' fees
4 and costs.

5  **IT IS SO ORDERED.**

6 Dated:  April 15, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court